*E-Filed 3/22/11*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CRAIG KING, | No. C 10-4889 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| IBARRA, et al., | |
| Defendants. | |

_____/

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner.  Mail sent by the Court to plaintiff was returned as undeliverable on January 10, 2011.  More than 60 days have passed since the mail was returned.  Accordingly, the complaint is hereby DISMISSED without prejudice for plaintiff's failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).  Plaintiff's motion to proceed *in forma pauperis* (Docket No. 2) is DENIED.  The Clerk shall enter judgment in favor of defendants and close the file.  This order terminates Docket No. 2.

**IT IS SO ORDERED**.

DATED:  March 21, 2011

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California